## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **BUZZFEED INC.,** | ) | |
| 111 East 18th Street, 13th Floor | ) | |
| New York, NY 10003 | ) | |
| | ) | Case No. 1:18-cv-01523 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **U.S. DEPARTMENT OF HOMELAND** | ) | |
| **SECURITY,** | ) | |
| 245 Murray Lane, SW | ) | |
| Mail Stop 0485 | ) | |
| Washington, D.C. 20528-0485 | ) | |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT

1.      Plaintiff BUZZFEED INC. files this Freedom of Information Act suit to force Defendant U.S. DEPARTMENT OF HOMELAND SECURITY to produce all emails, meeting minutes and notes, calendar entries, and call logs for a single high-ranking official in a specific time frame.

## PARTIES

2.      Plaintiff BUZZFEED INC. is a member of the media and made the FOIA requests at issue in this case.

3.      Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4.      This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## BACKGROUND

6.      Julie Kirchner is the Citizen & Immigration Services Ombudsman at DHS.

7.      Kirchner is the former executive director of the Federation for American Immigration Reform ("FAIR").

8.      According to the Southern Poverty Law Center, FAIR is an "anti-immigration hate group" whose founder was a white nationalist and eugenicist.

## DEFENDANT'S FOIA VIOLATION

9.      On January 11, 2018, BUZZFEED requested from DHS: (1) All emails sent or received by USCIS ombudsman Julie Kirchner during the time period May 2, 2017, to the date this search is conducted; (2) All notes prepared by or for Ms. Kirchner in preparation for any meeting she attended during the time period May 2, 2017, to the date this search is conducted; (3) All meeting minutes and other meeting summaries for meetings attended by Ms. Kirchner during the time period May 2, 2017, to the date this search is conducted; (4) Ms. Kirchner's calendar and appointment book during the time period May 2, 2017, to the date this search is conducted; and (5) Ms. Kirchner's phone call log during the time period May 2, 2017, to the date this search is conducted. A true and correct copy of the full request, which has been paraphrased here, is attached as Exhibit A.

10.     On January 18, 2018, DHS stated that "your request is too broad in scope or did not specifically identify the records which you are seeking" and refused to search for records, but claimed it was not denying the request.  A true and correct copy of the response is attached as Exhibit B.

11.     BUZZFEED appealed the response to the request, citing the extensive case law from this Circuit holding that a request may not be denied simply because it seeks numerous records.  A true and correct copy of the appeal is attached as Exhibit C.

12.     DHS has not responded to the appeal or multiple follow-up emails by BUZZFEED.

13.     As the DOJ's FOIA Guide states, although a FOIA request might be very broad or burdensome in magnitude, this does not necessarily entitle an agency to deny that request on the basis that it does not "reasonably describe" the records sought.  Rather, the key to determining whether a request is or is not "reasonably described" is the ability of agency staff to reasonably ascertain exactly which records are being requested and to locate them.

14.     The requests here clearly identify the records being sought, and because they are not limited to any particular subject matter, but rather seek all emails, all meeting notes and minutes, all calendar entries, and a complete call log, it is simple for DHS to identify and search for the requested records, which require literally no review for responsiveness.

## COUNT I – VIOLATION OF FOIA

15.     The above paragraphs are incorporated herein.

16.     Defendant is an agency subject to FOIA.

17.     Plaintiff made a FOIA request to Defendant for agency records of Defendant.

18.     One or more of the requested record are not exempt from disclosure.

19.     Defendant has failed to produce the requested records.

**WHEREFORE,** Plaintiff asks the Court to:

   i.     Order Defendant to conduct a reasonable search for records and to produce all non-exempt requested records;

   ii.    Award Plaintiff attorney fees and costs; and

   iii.   Enter any other relief the Court deems appropriate.

DATED: June 26, 2018

Respectfully Submitted,

/s/ Matthew Topic

Attorneys for Plaintiffs

Matthew Topic
*(E-Mail:  foia@loevy.com)*
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902
Bar No. IL0037

Matthew Schafer
*(E-Mail: matthew.schafer@buzzfeed.com)*
BUZZFEED INC.
111 East 18th Street, 13th Floor
New York, NY 10003
Tel.: (646) 660-0693
Fax: (212) 431-7461
Bar No. 1008728