# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BUZZFEED, INC.,

    *Plaintiff,*

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

    *Defendant*.

Civil Action No. 18-1523 (TSC)

## ANSWER

Defendant U.S. Department of Homeland Security ("Defendant"), by undersigned counsel, respectfully submits this Answer and Affirmative Defenses to the Complaint filed by Plaintiff Buzzfeed, Inc. ("Plaintiff").

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

Defendant has not improperly withheld any records under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### SECOND DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

To the extent the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, Defendant's references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiffs; (b) are relevant to this, or another action; and (c) are admissible in this, or any other, action.

## FOURTH DEFENSE

Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer as the facts and circumstances giving rise to the Complaint become known to it through the course of this litigation.

## RESPONSES TO THE NUMBERED PARAGRAPHS[1]

Defendant denies each allegation contained in the Complaint, except as hereinafter expressly admitted. Defendant responds to the Complaint in like numbered paragraphs as follows:

1. This paragraph consists of Plaintiff's characterization of this action, to which no response is required. To the extent that a response is required, Defendant admits only that Plaintiff made the FOIA request at issue in this case.

## PARTIES

2. Admit that Plaintiff made the FOIA request at issue in this case. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations, and therefore denies.

3. Admit.

## JURISDICTION AND VENUE

4. This paragraph contains conclusions of law, to which no response is required. To the extent that a response is required, Defendant admits that this Court has subject matter jurisdiction.

5. This paragraph contains conclusions of law, to which no response is required. To the extent that a response is required, Defendant admits that venue is proper in this judicial district.

---

[1] For ease of reference, Defendant replicates the headings contained in the Complaint. Although Defendant believes that no response is required to such headings, to the extent a response is deemed required and to the extent those headings and titles could be construed to contain factual allegations, those allegations are denied.

## BACKGROUND

6. Admit.

7. Admit.

8. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## DEFENDANT'S FOIA VIOLATION

9. Admit that Plaintiff sent the FOIA request. Defendant avers that the January 11, 2018, FOIA request is the best evidence of its contents and respectfully refers the Court to the referenced request for its true and complete contents.

10. Admit that on January 18, 2018, Defendant stated that "your request is too broad in scope or did not specifically identify the records which you are seeking." Defendant avers that the January 18, 2018, response to the FOIA request is the best evidence of its contents and respectfully refers the Court to the referenced response for its true and complete contents. Defendant denies the allegation that Defendant refused to search for records.

11. Admit that Plaintiff appealed the response to the request. Defendant avers that the appeal is the best evidence of its contents and respectfully refers the Court to the referenced appeal for its true and complete contents. Defendant denies allegations of this paragraph to the extent they are inconsistent with the full contents of the appeal.

12. Admit that Defendant did not respond to the appeal and aver that Defendant did not respond to one follow-up email from Plaintiff.

13. This paragraph consists of Plaintiff's characterization of the DOJ FOIA Guide, to which no response is required. Defendant avers that the DOJ FOIA Guide is the best evidence of its contents and respectfully refers the Court to the referenced Guide for its true and complete contents.

14. This paragraph contains conclusions of law, to which no response is required. To the extent that a response is required, Defendant denies the allegations in this paragraph.

## COUNT I – VIOLATION OF FOIA

15. Defendant incorporates as though fully set forth herein its responses to Paragraphs 1-14 and all affirmative defenses.

16. Admit.

17. Admit.

18. This paragraph consists of Plaintiff's legal conclusions, to which no response is required. To the extent a response is required, Defendant denies the allegations in this paragraph.

19. Defendant admits that it has not yet responded to the FOIA request.

The remainder of Plaintiff's Complaint contains Plaintiff's requested relief, to which no response is required.

Each and every allegation not heretofore expressly admitted is denied.

Dated: August 3, 2018          Respectfully Submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By: /s/ Joshua L. Rogers
JOSHUA L. ROGERS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2578
Joshua.Rogers3@usdoj.gov