UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUZZFEED, INC.,

        *Plaintiff,*

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

        *Defendant*.

Civil Action No. 18-1523 (TSC)

**JOINT STATUS REPORT**

Pursuant to this Court's August 13, 2018, Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

The parties have met and conferred regarding next steps concerning the FOIA request at issue in this case. Defendant conducted a search for the first item in the Plaintiff's FOIA request and identified over 10,000 potentially responsive documents. The parties have been discussing ways to narrow Plaintiff's request in an effort to reduce the number of potentially responsive documents. Defendant is in the process of conducting searches for the remainder of the items requested. Defendant will be in a better position to provide anticipated dates for release once all the searches have been finalized and the documents have been processed for initial review.

The parties do not believe an *Open America* stay is likely in this case. The parties hope to resolve the issues in this litigation without significant Court involvement. Accordingly, at this time, the parties do not anticipate the need for a *Vaughn* index and the filing of dispositive motions.

In light of these issues, and the fact that the parties are currently addressing these issues in a cooperative manner, the parties suggest that the Court allow these communications to continue and order the parties to submit a further joint status report by October 26, 2018.

Dated:  September 14, 2018   Respectfully Submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By: */s/ Joshua L. Rogers*
JOSHUA L. ROGERS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2578
Joshua.Rogers3@usdoj.gov

*Attorneys for Defendant*


       */s/ Matthew Topic*
MATTHEW TOPIC
Bar No. 1008728
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
Matt@lovevy.com