UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC.,<br><br>        *Plaintiff,*<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>        *Defendant*. | Civil Action No. 18-1523 (TSC) |

**JOINT STATUS REPORT**

Pursuant to this Court's October 18, 2018, Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

The parties have met and conferred regarding next steps concerning the FOIA request at issue in this case. Defendant conducted a search in response to Plaintiff's FOIA request and identified approximately 45,000 pages of potentially responsive documents. Defendant has completed its search for the records at issue, will begin its production in the month of December, and has committed to producing 300 pages per month.

In light of the fact that the parties are currently addressing these issues in a cooperative manner, the parties suggest that the Court allow these communications to continue and order the parties to submit a further joint status report by December 20, 2018.

Dated:  October 26, 2018                         Respectfully Submitted,

                                                  JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By: */s/ Joshua L. Rogers*
JOSHUA L. ROGERS
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2578
Joshua.Rogers3@usdoj.gov

*Attorneys for Defendant*


/s/ *Matthew Topic*
MATTHEW TOPIC
Bar No. 1008728
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
Matt@lovevy.com