UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUZZFEED, INC.,

        *Plaintiff,*

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

        *Defendant*.

Civil Action No. 18-1523 (TSC)

**JOINT STATUS REPORT**

Pursuant to this Court's July 2, 2019, Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

The parties have met and conferred regarding next steps concerning the FOIA request at issue in this case. Defendant conducted a search in response to Plaintiff's FOIA request and identified approximately 45,000 pages of potentially responsive documents. Since the filing of the last Joint Status Report, DHS has made two additional releases, which includes a total of 632 pages reviewed and 555 pages released. There are currently 37,540 pages left. The January release will be produced by the end of the month.

In light of the fact that the parties are currently addressing these issues in a cooperative manner, the parties suggest that the Court allow these communications to continue. Pursuant to the Court's July 2, 2019 Minute Order, the parties will submit a further joint status report by March 6, 2020.

Dated: January 7, 2020

Respectfully Submitted,

JESSIE K. LIU
D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

By: */s/ William Chang*
WILLIAM CHANG
D.C. Bar No. 1030057
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
Tel: (202) 252-2510
William.chang2@usdoj.gov

*Counsel for Defendant*


/s/ *Matthew Topic*
MATTHEW TOPIC; Bar No. IL0037
MERRICK WAYNE; Bar No. IL0058
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
Tel: (312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*