UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUZZFEED, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>       Defendant. | Civil Action No. 18-1523 (TSC) |

## **JOINT STATUS REPORT**

Pursuant to this Court's November 12, 2020, Minute Order, the parties respectfully submit this joint status report for this Freedom of Information Act case.

Defendant United States Department of Homeland Security ("DHS") reports that it made two additional releases subsequent to the filing of the last joint status report, i.e., it reviewed 331 pages and released 152 pages in July; and, reviewed 300 pages and released 175 pages in August. DHS further reports that it currently has approximately 16,833 pages to review.

The parties also report that they are exploring a settlement. Plaintiff Buzzfeed, Inc. reports that, on August 13, 2024, it presented a settlement offer to DHS. DHS reports that it is currently reviewing the settlement offer.

Pursuant to the November 12, 2020, Minute Order, the parties will file their next joint status report in ninety days.

\*     \*     \*

Dated: September 9, 2024

                                                                 Respectfully submitted,

*/s/ Merrick Wayne*                                MATTHEW M. GRAVES, D.C. Bar #481052
Matt Topic, D.C. Bar No. IL0037              United States Attorney
Merrick Wayne, D.C. Bar No. IL0058
Stephen Stich Match, D.C. Bar No. MA0044    BRIAN P. HUDAK
LOEVY & LOEVY                                Chief, Civil Division
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607                               By:        /s/ *Dimitar P. Georgiev*
Tel.: (312) 243-5900                                       DIMITAR P. GEORGIEV
Fax: (312) 243-5902                                       D.C. Bar #1735756
foia@loevy.com                                             Assistant United States Attorney
                                                           601 D Street, NW
*Counsel for Plaintiff*                                       Washington, DC 20530
                                                            (202) 815-8654

                                                            *Attorneys for the United States of America*